

# UNITED STATES DISTRICT COURT
FOR THE
## DISTRICT OF HAWAII

715747

UNITED STATES OF AMERICA
vs.

**PENIATA, LAKISA K**
**B CO 1/27 INF BOX 448**
**SCHOFIELD BKS, HI 96857**

*Defendant.*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| **A1042702 H10**<br><br>**DUI .08% + ~ PROOF OF COMPLIANCE FROM 3/11/03**<br>**CR 02-00513** | **10/19/2002** |

**BAIL SET AT $555.00 CASH BOND**

**BY WALTER A.Y.H.CHINN, CLERK**
**BY , DEPUTY**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAY 02 2008
at 1 o'clock and 40 min.
SUE BEITIA, CLERK

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated chare(s).

RECEIVED
2003 OCT 16 PM 1:54
U.S. MARSHALS SERVICE
HONOLULU, HI.

Collateral in the Amount of $ **555.00** may be Forfeited in Lieu of Appearance.

AMOUNT MUST BE PAID AND MANDATORY COURT APPEARENCE REQUIRED TO FULFILL PROOF OF COMPLIANCE SET

Date **10/14/2003**

*United States Magistrate Judge*
/S/ LESLIE E. KOBAYASHI

RETURN

| **RECEIVED** | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE –NAMED DEFENDANT.*

| DATE | LOCATION |
|---|---|
| | |

Name ______________ Title ______________ District

Date ______________ Signature ______________

DISMISSED
Date: APR 30 2008

(1)
CR 02-00513

Loc. Code: H-10

# United States District Court
# Violation Notice

Violation No.: A1042702

Print Officer Name: Terrence J. Hibbert

Officer No.: H# 9251

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 19 Oct 2002/0345 hrs

Offense Charged: HRS 291E-61(a)(3)

Place of Offense: Lyman Gate, Schofield Barracks, HI 96857

Offense Description: Operating a motor vehicle with .08% or more grams of alcohol breath

Defendant's Last Name: Peniata

First Name: Lakisa ~~Brian~~

M.I.: K

Street Address: B Co 1/27 Inf Box 448

City: Schofield Barracks

State: HI

Zip Code: 96857

Date of Birth: 29 Dec 1979

Driver's License No.:

D.L. State:

Social Security No.: 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

VEHICLE DESCRIPTION

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| GVL 281 | HI | 1993 | Honda | White |

A [X] YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.

B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

____ I wish to terminate this matter by paying the collateral shown below, enclosed.

____ I plead not guilty and promise to appear as required.

YOUR COURT DATE

Court Address:

Date:

Time:

Collateral (fine):

For payment by credit card, SEE INSTRUCTIONS.

DD FORM 1805, SEP 1998 Original - CVB Copy Previous edition is obsolete.

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court).)

DEC 10 2002

NW

TA 1/14/03

ENTERED

NK ITI 2/25/03

ENTERED

NK ITI 3/11/03

ENTERED

TE-CG-CM-POC

9/9/03

A1042702

ENTERED

POC NW

$555. CASH

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19 Oct 2002 while exercising my duties as a law enforcement officer in the District of Hawaii:

I was conducting id checks and vehicle documents checks at Lyman Gate. I conducted these duties as part of [illegible] a life. At 0345 Peniata Lakisa Brian drove a 1993 Honda Accord white (in color) through Lyman Gate. I stop him ask him for his information (driver license, military identification, vehicle registration, proof of insurance, and vehicle safety. He only provided vehicle safety and military identification. I ask Peniata for those things I could smell alcohol in the vehicle. I ask Peniata to step out the vehicle, so K-9 unit can search his vehicle, he agreed. When he step out of the vehicle, I smelled alcohol on his person. I told him I suspect him of driving under the influence. After the patdown search, I gave him 3 Field Sobriety Test. He failed all 3 Field Sobriety Test, due to his swayed and failure to follow directions several time. I transported Peniata to the PMO, where he was given the breathalizer test he blew .133 BAC.

The foregoing statement is based upon:
[X] my personal observation [ ] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________ Date ____________ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________ Date ____________ U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998